# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Sam Douglas                                    CASE NO.: 08–23258–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  7
xxx–xx–8019

---

## Notice to all Creditors and Interested Parties

Please be advise that the Honorable Robert D. Drain, United States Bankruptcy Judge will have a Hearing to be held on May 20, 2020 at 10:00 AM., Courtroom 118 at the United States Bankruptcy Court Located at 300 Quarropas Street, White Plains, NY. RE: Debtor's Motion to Enforce Settlement.

Dated: March 23, 2020                                    Vito Genna
                                                        Clerk of the Court